IN THE COURT OF CRIMINAL APPEALS

OF TEXAS




NO. PD-1210-07





MICHAEL GARDNER, Appellant


v.


THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

FROM THE TWELFTH COURT OF APPEALS

 SMITH COUNTY





Per curiam. Keasler, and Hervey, J.J., dissent.


O R D E R 


 The petition for discretionary review violates Rule's of Appellate Procedure 9.3
and 68.5 because it is not accompanied by 11 copies, and it does not contain a copy of the
opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
Court of Appeals within thirty days after the date of this order.

En banc.

Delivered October 3, 2007

Do Not Publish.